FILE COPY

RE: Case No. 15-0914          DATE: 12/30/2015
   COA #: 07-14-00444-CV    TC#: TX-13-31309
STYLE: PAUL EDWARD HUDSON
   v. DALLAS COUNTY, ET AL.

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response.  (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

PAUL EDWARD HUDSON

FILE COPY

RE: Case No. 15-0914          DATE: 12/30/2015
    COA #: 07-14-00444-CV     TC#: TX-13-31309
STYLE: PAUL EDWARD HUDSON
    v. DALLAS COUNTY, ET AL.

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response.  (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

MS. VIVIAN LONG
CLERK, SEVENTH COURT OF APPEALS
P.O. BOX 9540
AMARILLO, TX  79105-9540

FILE COPY

RE: Case No. 15-0914          DATE: 12/30/2015
    COA #: 07-14-00444-CV    TC#: TX-13-31309
STYLE: PAUL EDWARD HUDSON
    v. DALLAS COUNTY, ET AL.

    A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response.  (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

                    MR. GARY FITZSIMMONS
                    DALLAS COUNTY DISTRICT CLERK
                    600 COMMERCE, SUITE 124
                    DALLAS, TX  75202

FILE COPY

RE: Case No. 15-0914                    DATE: 12/30/2015
    COA #: 07-14-00444-CV      TC#: TX-13-31309
STYLE: PAUL EDWARD HUDSON
    v. DALLAS COUNTY, ET AL.

     A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response.  (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

                    MR. EDWARD LOPEZ
                    LINEBARGER GOGGAN
                    BLAIR & SAMPSON LLP
                    2777 N. STEMMONS FWY. SUITE 1000
                    DALLAS, TX  75207-2328